THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL TIRADO, Appellant. [977 NYS2d 664]—Motion for writ of

error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Sconiers and Whalen, JJ.